ceive a lesser sentence because he was 74–years old and the recommended guideline range would practically impose a life sentence. The district court concluded that Stumpner's criminal history and the seriousness of the instant offenses outweighed his elderly status and warranted a sentence within the recommended guideline range. *See* U.S.S.G. § 5H1.1. Moreover, Stumpner did not present any evidence to show that he was infirm or unable to handle incarceration.

█ Stumpner's argument that he should receive a reduced sentence because he has suffered from long-term drug addiction fails because even under the sentencing guidelines policy statements, drug or alcohol dependence or abuse is not a valid reason for departure.

For the foregoing reasons, we affirm Stumpner's sentence.

AFFIRMED.

Matthew Wade White, Adams, Umbach, Davidson & White LLP, Opelika, AL, Michael S. Jackson, Beers, Anderson, Jackson, Patty & Van Heest, P.C., Montgomery, AL, for Defendants–Appellees.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

This is a review of the denial of a motion to set aside a final judgment, construed as a motion filed under Fed.R.Civ.P. 60(b). After reviewing the record, we find no abuse of discretion in the ruling of the district court.

AFFIRMED.

Luis CANALES, Plaintiff–Appellant,

v.

VETERANS OF FOREIGN WARS OF THE UNITED STATES, Department of Alabama, et al., Defendants–Appellees.

No. 05–14700.
Non–Argument Calendar.
D.C. Docket No. 03–00248–CV–F–E.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2006.

Ellis Dean Bingham, III, Bingham at Law, Bessemer, AL, for Plaintiff–Appellant.

Joseph FAULKNER, Plaintiff–Appellant,

v.

WOODS TRANSPORTATION, INC., Defendant–Appellee,

George Woods, Defendant.

No. 05–14892
Non–Argument Calendar.
D.C. Docket No. 02–00069–CV–4–HGD.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2006.